U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 2 5 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| BRYAN CLAY | CIVIL ACTION NO. 09-258-P |
| VERSUS | JUDGE STAGG |
| SGT. BLAIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the "Additional Complaint"(Doc. 4) and the "Additional Complaint Letter #2" (Doc. 5) are **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of June 2009.

TOM STAGG
UNITED STATES DISTRICT JUDGE